IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,       )
                                )
              Plaintiff,        )       8:09CR160
                                )
       v.                       )
                                )
WILLIAM J. JOHNSON, JR.,        )          ORDER
                                )
              Defendant.        )
_____)
```

This matter is before the Court on defendant's motion to enlarge time to file objections to presentence investigation report (Filing No. 19). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; defendant shall have until October 6, 2009, to file objections to the presentence investigation report.

DATED this 22nd day of September, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court