IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
             Plaintiff,       )         8:09CR160
                              )
      v.                      )
                              )
WILLIAM J. JOHNSON, JR.,      )            ORDER
                              )
             Defendant.       )
_____)
```

This matter is before the Court on plaintiff's motion to continue sentencing (Filing No. 22). The Court notes defendant has no objection and further finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; sentencing is rescheduled for:

**Thursday, November 12, 2009, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 13th day of October, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court