IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR160 |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM J. JOHNSON, JR., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      Having been advised by the Probation Office that defendant can be released on electronic monitoring on April 10, 2013,

      IT IS ORDERED the defendant William J. Johnson, Jr., shall be released to the United States Probation Office on April 10, 2013, before 11:30 a.m. to be hooked up to electronic monitoring in accordance with the Court's previous order.

      DATED this 5th day of April, 2013.

                                    BY THE COURT:

                                    /s/ Lyle E. Strom
                                    _____
                                    LYLE E. STROM, Senior Judge
                                    United States District Court